1062

No. 1270. BLOUNT, POSTMASTER GENERAL *v.* NATIONAL ASSN. OF LETTER CARRIERS. Appeal from D. C. D. C. Probable jurisdiction noted. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *Walter H. Fleischer* for appellant. *John W. Karr* and *Ralph J. Temple* for appellee.

No. 1309. TIME, INC. *v.* PAPE. C. A. 7th Cir. Certiorari granted. *Harold R. Medina, Jr., Don H. Reuben,* and *Lawrence Gunnels* for petitioner. *Patrick W. Dunne, Robert J. Nolan,* and *Edward J. Hladis* for respondent.

No. 1468, Misc. WHITELEY *v.* WARDEN, WYOMING PENITENTIARY. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to issue of constitutionality of arrest and search, and case transferred to appellate docket. *Richard A. Mullens* for petitioner. *Sterling A. Case,* Deputy Attorney General of Wyoming, and *Jack Speight,* Assistant Attorney General, for respondent.

No. 1151. DUKE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Arthur Vann* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 1233. HUTTER NORTHERN TRUST ET AL. *v.* HAEN ET AL. C. A. 7th Cir. Certiorari denied. *John A. Hutter, Jr., pro se,* and for other petitioners.